# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

RECEIVED

OCT 04 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:07 - cr - 560 |
| | ) | |
| | ) | |
| CHARLES W. CHRISTOPHER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent,

appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant

entered a plea of guilty to Count(s) _____ 1 _____ of the Indictment/Information. After cautioning

and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea(s) was/were knowing and voluntary as to ~~each~~ That count, and that the

offenses(s) charged is/are supported by an independent factual basis concerning each of the

essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be

accepted, that a pre-sentence investigation and report be prepared, and that the defendant be

adjudged guilty and have sentence imposed accordingly.

_____October 4, 2007_____          _____
Date                                    THOMAS J. SHIELDS
                                        UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).